# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL S. COFFMAN, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | No. 4:16CV00118 ERW |
| JASON LEWIS, et al.,[1] | ) ) ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Memorandum and Order of the United States Magistrate Judge Abbie Crites-Leoni [ECF No. 15], pursuant to 28 U.S.C. § 636(b)(1).

The Court notes no objections were filed to the Memorandum and Order within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Memorandum and Order, and hereby sustains, adopts, and incorporates herein the Magistrate's Memorandum and Order in its entirety. The Magistrate's decision denying the writ of habeas corpus is affirmed.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Petitioner Michael S. Coffman's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [ECF No. 1] is **DENIED, and DISMISSED, with prejudice**.

Dated this 22nd Day of March, 2019.

*E. Richard Webber*

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Eric Schmitt shall be substituted as Respondent in this matter for Josh Hawley as Eric Schmitt has been appointed to replace Josh Hawley as Attorney General of Missouri.